```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                "USA V RICHARD LEE ORMSBY ET AL"
                   DEF 1.1 ORMSBY, RICHARD LEE

   In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 03/16/99
              Closed: 06/23/00
 No. of Defendants: 3
    MJ Case Number: A99-0011--MJ
               AKA:
     Location status: U.S. Custody
         Trial date:
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: John Salemi
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    905-271-2277
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Mark A. Rosenbaum
                   4940 Byrd Lane, Suite 100
                   Anchorage, AK 99502
                   907-243-2400
                   FAX 907-243-2609
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 ORMSBY, RICHARD LEE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 Conspiracy in Relation to Methamphetamine Distribution (F) | Sentenced (79-1) |
| 1 - 1 IND | 2 | 21:841(a)(1) Possession of Methamphetamine With Intent to Distribute (F) | Dismissed (79-1) |
| 1 - 1 IND | 3 | 21:843(b) Using th U.S. Mail to Facilitate Methamphetamine Distribution (F) | Sentenced (79-1) |
| 1 - 1 IND | 4 | 18:1956(h) Conspiracy to Engage in Financial Transactions Involving Drug Trafficking Proceeds And to Promote Methamphetamine Distribution (F) | Sentenced (79-1) |
| 1 - 1 IND | 5 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (79-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                            "USA V RICHARD LEE ORMSBY ET AL"
                              DEF 1.1 ORMSBY, RICHARD LEE

        In public format, including terminated defendants, excluding terminated counsel
```

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 6 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 7 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 8 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 9 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 10 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 11 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 12 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 13 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 14 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 15 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 16 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 17 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |
| 1 - | 1 IND | 18 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | | Dismissed (79-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                                    "USA V RICHARD LEE ORMSBY ET AL"
                                      DEF 1.1 ORMSBY, RICHARD LEE

         In public format, including terminated defendants, excluding terminated counsel


  1 -     1 IND    19       18:1956(a)(1)(A) Engaging In Financial              Dismissed
                            Transactions To Promote Methamphetamine             (79-1)
                            Distribution (F)

  1 -     1 IND    20       18:1956(a)(1)(A) Engaging In Financial              Dismissed
                            Transactions To Promote Methamphetamine             (79-1)
                            Distribution (F)

  1 -     1 IND    21       18:1956(a)(1)(A) Engaging In Financial              Dismissed
                            Transactions To Promote Methamphetamine             (79-1)
                            Distribution (F)

  1 -     1 IND    22       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    23       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    24       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    25       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    26       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    27       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    28       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    29       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    30       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)

  1 -     1 IND    31       18:1956(a)(1)(B) Engaging in Financial              Dismissed
                            Transactions Involving Drug Trafficking Proceeds    (79-1)
                            (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                         "USA V RICHARD LEE ORMSBY ET AL"
                              DEF 2.1 HICKS, MARY ALICE

       In public format, including terminated defendants, excluding terminated counsel


     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 03/16/99
              Closed: 06/23/00
  No. of Defendants: 3
      MJ Case Number: A99-0012--MJ
                 AKA:
     Location status: Released on Bond
          Trial date:
          Terminated: YES
  Needs interpreter: NO
   Counsel of record: John M. Murtagh
                     Law Office of John M. Murtagh
                     1101 W. 7th Avenue
                     Anchorage, AK 99501
                     907-274-8664
                     FAX 907-258-6419
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Mark A. Rosenbaum
                     4940 Byrd Lane, Suite 100
                     Anchorage, AK 99502
                     907-243-2400
                     FAX 907-243-2609
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 2.1 HICKS, MARY ALICE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 Conspiracy in Relation to Methamphetamine Distribution (F) | Transferred (104- |
| 1 - 1 IND | 2 | 21:841(a)(1) Possession of Methamphetamine With Intent to Distribute (F) | Transferred (104- |
| 1 - 1 IND | 3 | 21:843(b) Using th U.S. Mail to Facilitate Methamphetamine Distribution (F) | Transferred (104- |
| 1 - 1 IND | 4 | 18:1956(h) Conspiracy to Engage in Financial Transactions Involving Drug Trafficking Proceeds And to Promote Methamphetamine Distribution (F) | Transferred (104- |
| 1 - 1 IND | 5 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Transferred (104- |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                              "USA V RICHARD LEE ORMSBY ET AL"
                                   DEF 2.1 HICKS, MARY ALICE

        In public format, including terminated defendants, excluding terminated counsel


1 -    1 IND    6     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND    7     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND    8     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND    9     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   10     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   11     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   12     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   13     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   14     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   15     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   16     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   17     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)

1 -    1 IND   18     18:1956(a)(1)(A) Engaging In Financial           Transferred
                      Transactions To Promote Methamphetamine          (104-
                      Distribution (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                           "USA V RICHARD LEE ORMSBY ET AL"
                              DEF 2.1 HICKS, MARY ALICE
```

In public format, including terminated defendants, excluding terminated counsel

```
1 -    1 IND    19    18:1956(a)(1)(A) Engaging In Financial         Transferred
                      Transactions To Promote Methamphetamine        (104-
                      Distribution (F)

1 -    1 IND    20    18:1956(a)(1)(A) Engaging In Financial         Transferred
                      Transactions To Promote Methamphetamine        (104-
                      Distribution (F)

1 -    1 IND    21    18:1956(a)(1)(A) Engaging In Financial         Transferred
                      Transactions To Promote Methamphetamine        (104-
                      Distribution (F)

1 -    1 IND    22    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    23    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    24    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    25    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    26    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    27    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    28    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    29    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    30    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)

1 -    1 IND    31    18:1956(a)(1)(B) Engaging in Financial         Transferred
                      Transactions Involving Drug Trafficking Proceeds (104-
                      (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
              "USA V RICHARD LEE ORMSBY ET AL"
                 DEF 3.1 BURKHART, GERALDINE
```

In public format, including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 03/16/99
             Closed: 06/23/00
  No. of Defendants: 3
     MJ Case Number: A99-0012--MJ
                AKA:
    Location status: Released on Bond
         Trial date:
         Terminated: YES
  Needs interpreter: NO
   Counsel of record: Scott A. Sterling
                     Sterling & DeArmond PC
                     851 E. Westpoint Drive
                     Suite 201
                     Wasilla, AK 99654
                     907-376-8076
                     FAX 907-376-8078
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Mark A. Rosenbaum
                   4940 Byrd Lane, Suite 100
                   Anchorage, AK 99502
                   907-243-2400
                   FAX 907-243-2609
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 3.1 BURKHART, GERALDINE
```

| Document   | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 Conspiracy in Relation to Methamphetamine Distribution (F) | Sentenced (78-1) |
| 1 -   1 IND | 2 | 21:841(a)(1) Possession of Methamphetamine With Intent to Distribute (F) | Dismissed (78-1) |
| 1 -   1 IND | 3 | 21:843(b) Using th U.S. Mail to Facilitate Methamphetamine Distribution (F) | Sentenced (78-1) |
| 1 -   1 IND | 4 | 18:1956(h) Conspiracy to Engage in Financial Transactions Involving Drug Trafficking Proceeds And to Promote Methamphetamine Distribution (F) | Sentenced (78-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                                   "USA V RICHARD LEE ORMSBY ET AL"
                                      DEF 3.1 BURKHART, GERALDINE

         In public format, including terminated defendants, excluding terminated counsel
```

| | | | | |
|---|---|---|---|---|
| 1 - | 1 IND | 5  | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 6  | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 7  | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 8  | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 9  | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 10 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 11 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 12 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 13 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 14 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 15 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 16 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |
| 1 - | 1 IND | 17 | 18:1956(a)(1)(A) Engaging In Financial Transactions To Promote Methamphetamine Distribution (F) | Dismissed (78-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                              "USA V RICHARD LEE ORMSBY ET AL"
                                  DEF 3.1 BURKHART, GERALDINE

        In public format, including terminated defendants, excluding terminated counsel


  1 -    1 IND    18    18:1956(a)(1)(A) Engaging In Financial              Dismissed
                        Transactions To Promote Methamphetamine             (78-1)
                        Distribution (F)

  1 -    1 IND    19    18:1956(a)(1)(A) Engaging In Financial              Dismissed
                        Transactions To Promote Methamphetamine             (78-1)
                        Distribution (F)

  1 -    1 IND    20    18:1956(a)(1)(A) Engaging In Financial              Dismissed
                        Transactions To Promote Methamphetamine             (78-1)
                        Distribution (F)

  1 -    1 IND    21    18:1956(a)(1)(A) Engaging In Financial              Dismissed
                        Transactions To Promote Methamphetamine             (78-1)
                        Distribution (F)

  1 -    1 IND    22    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)

  1 -    1 IND    23    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)

  1 -    1 IND    24    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)

  1 -    1 IND    25    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)

  1 -    1 IND    26    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)

  1 -    1 IND    27    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)

  1 -    1 IND    28    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)

  1 -    1 IND    29    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)

  1 -    1 IND    30    18:1956(a)(1)(B) Engaging in Financial              Dismissed
                        Transactions Involving Drug Trafficking Proceeds    (78-1)
                        (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0035--CR (JWS)
                              "USA V RICHARD LEE ORMSBY ET AL"
                                 DEF 3.1 BURKHART, GERALDINE

     In public format, including terminated defendants, excluding terminated counsel


   1 -    1 IND    31      18:1956(a)(1)(B) Engaging in Financial            Dismissed
                           Transactions Involving Drug Trafficking Proceeds  (78-1)
                           (F)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A99-0035--CR (JWS)
                              "USA V RICHARD LEE ORMSBY ET AL"

                              In public format, for all filing dates


   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 03/16/99
            Closed: 06/23/00
No. of Defendants: 3


Document #     Filed      Docket text

 NOTE -    1   03/16/99   Issued WOA: re DEF 2&3.

    1 -    1   03/16/99   [Re: DEF 1-3] PLF 1 Indictment.

    2 -    1   03/17/99   [Re: DEF 1] AHB Grand Jury Minutes; no bail set; set for arr notify USM;
                          def in custody.

    2A-    1   03/17/99   [Re: DEF 2] AHB Grand Jury Minutes; WOA to issue; cont bail as set by
                          USMJ in ED/CA; arr set 3/25/99 at 2:00 p.m.

    2B-    1   03/17/99   [Re: DEF 3] AHB Grand Jury Minutes; WOA to issue; cont bail as set by
                          USMJ in ED/CA; arr set 3/25/99 at 2:30 p.m.

    3 -    1   03/17/99   [Re: DEF 2] AHB Minute Order that arr is set 3/25/99 at 2:00 p.m.  cc:
                          USA, USM, PO, DEF (by Eastern District of CA MJ)

    4 -    1   03/17/99   [Re: DEF 3] AHB Minute Order that arr is set 3/25/99 at 2:30 p.m.  cc:
                          USA, PO, USM, DEF (by Eastern District of CA MJ).

    5 -    1   03/17/99   [Re: DEF 1] Documents transferred from: A99-0011 MJ (AHB).

    6 -    1   03/17/99   [Re: DEF 1] AHB Minute Order that arr on Indt is set 3/18/99 at 11:00
                          a.m., before MJ Branson.  cc: USA, FPD, USM, PO

 NOTE -    5   03/18/99   [Re: DEF 2] USM Notice of Arrest lodged in A99-0012 MJ (AHB); def
                          arrested 2/25/99.

 NOTE -    2   03/19/99   Notation: Speedy trial notice issued for D-1, Richard Lee Ormsby.

    7 -    1   03/19/99   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re:arraignment on
                          indictment held 3/18/99; def plead not guilty to counts 1 through 31 of
                          the indictment; def detained; pretrial mots due 4/8/99; calendar
                          conflicts for trial noted. cc:USA, FPD

    8 -    1   03/19/99   [Re: DEF 1] AHB Order regarding preparation for trial; cnsl to meet by
                          3/19/99; pretrial mots due 4/8/99. cc:USA, FPD

    9 -    1   03/19/99   [Re: DEF 1] AHB Order of Detention Pending Trial. cc:USA, FPD, USM, PTS

   10 -    1   03/19/99   DEF 3 motion for out of district transportation w/att memo.

   10 -    2   03/19/99   DEF 3 motion on shortened time w/att memo.

   11 -    1   03/22/99   [Re: DEF 3] AHB Order granting motion for out of district transportation
                          (10-1), motion on shortened time (10-2) re: initial appearance set for
                          3/25/99 at 2:30 p.m.. cc:USA, FPD, USM, PTS

   12 -    1   03/22/99   [Re: DEF 1] JWS Minute Order setting trial by jury for 5/24/99 at 9:00
                          a.m. and final pretrial conf for 5/24/99 at 8:30 a.m.. cc:USA, FPD, USM,
                          PTS, Jury Clerk, MJ Branson


ACMS: R_RDSDI                       As of 02/22/06 at 08:52 AM by PAM                       Page 1
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A99-0035--CR (JWS)
                "USA V RICHARD LEE ORMSBY ET AL"
```

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13  -   1 | 03/25/99 | [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conference. |
| 13A-   1 | 03/25/99 | DEF 3 motion on shortened time re: mot for out of district transportation w/att memo. |
| 13B-   2 | 03/25/99 | DEF 3 motion for out of district transportation of Geraldine Burkhart w/att memo. |
| NOTE -   3 | 03/26/99 | Notation: Speedy trial notice issued for D3, Gerry Burkhart. |
| NOTE -   4 | 03/26/99 | Notation: Speedy trial notice issued for Mary Alice Hicks. |
| 14  -   1 | 03/26/99 | [Re: DEF 2] AHB Order regarding preparation for trial; conf due by 3/25/99; mots due by 4/8/99. cc:USA, J. Murtagh |
| 15  -   1 | 03/26/99 | [Re: DEF 2] Amended Order setting conditions of release; def to abide by all conds of rls set forth in previous order by L. O'Neill, USMJ. cc:USA, J. Murtagh, USM, PTS |
| 16  -   1 | 03/26/99 | [Re: DEF 3] Amended Order setting conditions of release; def to abide by all conds set forth in previous order by L. O'Neill, USMJ. cc:USA, S. Sterling, USM, PTS |
| 17  -   1 | 03/26/99 | [Re: DEF 3] AHB Order regarding preparation for trial; conf due by 3/25/99; mots due by 4/8/99. cc:USA, S. Sterling |
| 18  -   1 | 03/26/99 | DEF 3 Financial Affidavit. |
| 19  -   1 | 03/26/99 | [Re: DEF 3] AHB Order granting motion on shortened time re: mot for out of district transportation (13A-1), motion for out of district transportation of Geraldine Burkhart (13B-2) with notice of approval to leave by AUSA Rosenbaum or DEA McKenzie. cc:USA, S. Sterling, USM, PTS |
| 20  -   1 | 03/26/99 | PLF 1; DEF 3 Stipulation pursuant to discovery conference. |
| 21  -   1 | 03/30/99 | [Re: DEF 2-3] JWS Minute Order setting trial by jury for 5/24/99 at 9:00 a.m. and Final PT Conf for 5/24/99 at 8:30 a.m. cc: USA, J. Murtagh, S. Sterling, USM, USPO, JC, MJ Branson |
| 22  -   1 | 03/30/99 | [Re: DEF 2] AHB Court Minutes [ECR: Roy Van Hollebeke] of arr on Indt (held 3/25/99); def plead not guilty; status of cnsl hrg set 4/1/99 at 11:00 a.m.  cc: USA, USM, PO, Def |
| 23  -   1 | 03/30/99 | [Re: DEF 3] AHB Court Minutes [ECR: Roy Van Hollebeke] of arr on Indt (held 3/25/99); def plead not guilty; FPD to appt cnsl; ptms due 4/8/99; mot for out of district transportation GRANTED.  cc: FPD (CJA Clerk) |
| 24  -   1 | 03/30/99 | [Re: DEF 2-3] Documents transferred from USDC Eastern District of California per Rule 40. |
| 25  -   1 | 03/30/99 | [Re: DEF 3] CJA appointment of S. Sterling. |
| 26  -   1 | 03/31/99 | USM [Re: DEF 3] Return of WOA re: A99-012 MJ; DEF arrested 02/25/99. |
| 27  -   1 | 03/31/99 | USM [Re: DEF 2] Return of WOA re: A99-12 MJ; DeF arrested 02/25/99. |
| 28  -   1 | 03/31/99 | DEF 2 Attorney Appearance of J. Murtagh. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A99-0035--CR (JWS)
                         "USA V RICHARD LEE ORMSBY ET AL"

                       In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 29 - | 1 | 03/31/99 | DEF 2 motion (request) to vacate hrg re: status of counsel. |
| 30 - | 1 | 04/01/99 | [Re: DEF 2] AHB Minute Order granting motion (request) to vacate hrg re: status of counsel (29-1); status of cnsl hrg is vacated.  cc: USA, J. Murtagh, USM, PO |
| 31 - | 1 | 04/06/99 | PLF 1; DEF 2 Stipulation pursuant to discovery conference. |
| 32 - | 1 | 04/07/99 | [Re: DEF 2] AHB Minute Order re:failure to comply with court's Order Regarding Preparation for Trial; certificate and show cause due by 4/9/99. cc:USA, J. Murtagh |
| 33 - | 1 | 04/08/99 | [Re: DEF 2] PLF 1 Response to Order at dkt #33 re: stipulation pursuant to discovery conference w/att exhs. |
| 34 - | 1 | 04/14/99 | [Re: DEF 2] Cy of Ord from Eastern District of CA directing property bond be processed to clerk of crt for the District of AK. |
| 35 - | 1 | 04/14/99 | USM [Re: DEF 3] Return of WOA; returned unserved per clk of crt or US Magistrate on 04/12/99. |
| 36 - | 1 | 04/14/99 | USM [Re: DEF 2] Return of WOA unserved per ckl of crt or US Magistrate on 04/12/99. |
| 37 - | 1 | 04/15/99 | [Re: DEF 1] PLF 1 Information per 21 USC Section 851 that DEF was convicted of a felony in the State of Oregon. |
| 38 - | 1 | 04/30/99 | [Re: DEF 1] JWS Order of excludable delay of 5/21/99 to 5/24/99 4 days; (R code). |
| 39 - | 1 | 05/05/99 | {SEALED} |
| 40 - | 1 | 05/05/99 | {SEALED} |
| 41 - | 1 | 05/06/99 | {SEALED} |
| 42 - | 1 | 05/10/99 | {SEALED} |
| 43 - | 1 | 05/10/99 | DEF 2 Notice of filing documents re: property bond posted in USDC for the Easern Disrict of CA. |
| 44 - | 1 | 05/11/99 | [Re: DEF 3] Clerk's Notice receiping $11,000 from USDC Eastern District of CA per ord setting conditions of release in that district.  cc: USA, S. Sterling, USM, PO, Finance |
| 45 - | 1 | 05/11/99 | [Re: DEF 2] Clerk's Notice receipting Deed of Trust & 2nd mortgage report (per notice at dkt 43) & per ord of conditions of release in USDC Eastern District of CA.  Docs to be placed in vault; non-cash receipt is 1273.  cc: USA, J. Murtagh, USM, PO, Finance |
| 46 - | 1 | 05/11/99 | DEF 3 Notice of Intent to change plea. |
| 47 - | 1 | 05/11/99 | DEF 3 non-opposed mot for out of district transportation of DEF 3. |
| 47 - | 2 | 05/11/99 | DEF 3 Unopposed Motion for shortened time. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A99-0035--CR (JWS)
                             "USA V RICHARD LEE ORMSBY ET AL"

                         In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 48 - | 1 | 05/12/99 | VACATED PER ORDER AT DKT 49:  [Re: DEF 3] HRH Order grant unopposed motion on shortened time (47-1 & 47-2) for out of district transportation by USM of def from Fresno, CA to Anchorage, AK on 5/18/99 & from Anchorage, AK back to Fresno, CA on 5/21/99. cc: USA, S. Sterling, USM, USPO |
| 49 - | 1 | 05/13/99 | [Re: DEF 3] HRH Order for out of district transportation of DEF 3 that 5/11/99 order re transportation is vacated; USM to provide transportation for def from Fresno, CA to Anch AK on/about 5/18/99; parties to make own arragements for subsistence of def.  cc: USA, S. Sterling, USM |
| 50 - | 1 | 05/17/99 | {SEALED} |
| 50 - | 2 | 05/17/99 | {SEALED} |
| 51 - | 1 | 05/17/99 | {SEALED} |
| 52 - | 1 | 05/17/99 | DEF 1 Notice of Intent to change plea. |
| 53 - | 1 | 05/18/99 | [Re: DEF 1] JWS Minute Order rescheduling TBJ set for 05/24/99 to a PCOP hrg for Thurs, 05/20/99 at 9:30 a.m.  cc: USA, PO, FPD, USM, MJ Branson |
| 54 - | 1 | 05/18/99 | [Re: DEF 3] JWS Minute Order rescheduling TBJ set for 05/24/99 to PCOP hrg on 05/20/99 at 9:00 a.m.  cc: USA, S. Sterling, USM, PO, MJ Branson |
| 55 - | 1 | 05/19/99 | {SEALED} |
| 56 - | 1 | 05/19/99 | [Re: DEF 3] JWS Order that PCOP set for 5/20/99 at 9am is rescheduled for 5/20/99 at 11am. cc: USA, USM, PO, S. Sterling |
| 57 - | 1 | 05/20/99 | DEF 3 motion on shortened time for out of district transportation of Burkhart. |
| 58 - | 1 | 05/20/99 | {SEALED} |
| 59 - | 1 | 05/20/99 | [Re: DEF 3] JWS Order granting motion on shortened time for out of district transportation of Burkhart (57-1). USM to provide transportation for def on 5/20/99 from Anch, AK to Fresno, CA. cc: USA, S. Sterling, USM, USPO |
| 60 - | 1 | 05/21/99 | {SEALED} |
| 61 - | 1 | 05/24/99 | {SEALED} |
| 62 - | 1 | 05/24/99 | {SEALED} |
| 63 - | 1 | 05/24/99 | {SEALED} |
| 64 - | 1 | 06/09/99 | DEF 3 motion for out of district transportation. |
| 65 - | 1 | 07/01/99 | [Re: DEF 3] JWS Order granting motion for out of district transportation (64-1).  cc: USA, S Sterling, USM, PO |
| 66 - | 1 | 07/14/99 | {SEALED} |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A99-0035--CR (JWS)
"USA V RICHARD LEE ORMSBY ET AL"

In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 2 | 07/14/99 | {SEALED} |
| 67 - 1 | 07/15/99 | {SEALED} |
| 68 - 1 | 07/23/99 | {SEALED} |
| 69 - 1 | 07/30/99 | [Re: DEF 3] PLF 1 Sentencing Memorandum. |
| 70 - 1 | 07/30/99 | {SEALED} |
| 71 - 1 | 07/30/99 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 72 - 1 | 07/30/99 | {SEALED} |
| 73 - 1 | 08/02/99 | {SEALED} |
| 74 - 1 | 08/06/99 | DEF 3 motion on shortened time for out of district transportation of G. Burkhart. |
| 75 - 1 | 08/06/99 | [Re: DEF 3] JWS Order granting motion on shortened time for out of district transportation of G. Burkhart (74-1); USM to transport DEF 3 from Anch to Fresno, CA on or about 8/6/99. cc: cnsl, USM |
| 76 - 1 | 08/06/99 | {SEALED} |
| 77 - 1 | 08/06/99 | {SEALED} |
| 78 - 1 | 08/09/99 | {SEALED} |
| 79 - 1 | 08/09/99 | {SEALED} |
| 80 - 1 | 08/27/99 | {SEALED} |
| 81 - 1 | 08/27/99 | {SEALED} |
| 82 - 1 | 09/01/99 | {SEALED} |
| 83 - 1 | 09/01/99 | {SEALED} |
| 84 - 1 | 09/01/99 | DEF 3 motion for order exonerating bail. |
| 85 - 1 | 09/14/99 | [Re: DEF 3] PLF 1 non-opposition to DEF 3 motion for order exonerating bail (84-1). |
| 86 - 1 | 09/15/99 | [Re: DEF 3] JWS Order granting motion for order exonerating bail (84-1). cc:USA, Sterling, Finance |
| 87 - 1 | 10/28/99 | DEF 2 Unopposed Expedited Motion for status hearing re COP. w/atch certificate. |
| 88 - 1 | 10/28/99 | [Re: DEF 2] JWS Order grant unopposed expedited mot setting status hrg. Status Hrg set for 10/29/99 at 10:00 a.m.; Def may appear telephonically. cc: USA, J. Murtagh, USM, USPO |
| 89 - 1 | 10/29/99 | {SEALED} |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A99-0035--CR (JWS)
                              "USA V RICHARD LEE ORMSBY ET AL"

                           In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 90 - | 1 | 10/29/99 | [Re: DEF 2] JWS Minute Order that FPTC set 11/2/99 is VACATED and RESET to 8:30 a.m., 2/28/00.  cc: USA, J. Murtagh, USM, PO |
| 91 - | 1 | 11/01/99 | [Re: DEF 2] JWS Minute Order re TBJ cont till 2/28/00 at 9:00 a.m. & FPTC cont till 8:30 a.m. cc: USA, J. Murtagh, USM, USPO, MJ Branson, JC |
| 92 - | 1 | 11/01/99 | [Re: DEF 2] JWS Order of excludable delay re: dkt 82 from 9/14/99 to 11/2/99 for a total of 51 days (T Code). |
| 93 - | 1 | 11/01/99 | [Re: DEF 2] JWS Order of excludable delay re: dkt 89 from 11/3/99 to 2/28/00 for a total of 118 days (T Code). |
| 94 - | 1 | 02/18/00 | DEF 2 Unopposed Expedited Motion to continue trial set for 02/28/00 w/att aff. |
| 95 - | 1 | 02/22/00 | [Re: DEF 2] JWS Order GRANTING unopposed mot (94-1); FPTC/TBJ are vacated; FPTC continued to 8:30 a.m., 3/20/00; TBJ continued to 9:00 a.m., 3/20/00; court finds excludable delay under 18:3161(h)(8).  cc: USA, J. Murtagh, USM, PO, JC, MJ Branson |
| 96 - | 1 | 03/08/00 | {SEALED} |
| 97 - | 1 | 03/14/00 | {SEALED} |
| 98 - | 1 | 03/15/00 | [Re: DEF 2] JWS Minute Order granting motion for status hearing or change of plea setting no sooner than 4 weeks (97-1); FPTC & Trial date of 3/20/00 are VACATED; PCOP will be considered on 4/26/00 at 8:30 a.m.; crt finds excludable delay from 3/20/00 to 4/26/00 under 18:3161(h)(1)(G) & (I); Status conf set for 3/20/00 at 8:30 a.m.; any stip to dispense w/the 3/20/00 conf stating that a COP hrg on 4/26/00 is desired is due NOON 3/17/00. cc: USA, J. Murtagh, USM, USPO, MJ Branson, JC |
| 99 - | 1 | 03/16/00 | {SEALED} |
| 100 - | 1 | 03/17/00 | {SEALED} |
| 101 - | 1 | 03/20/00 | [Re: DEF 2] JWS Minute Order re PCOP hrg prev set for 4/26/00 at 8:30 a.m. is RESET for 8:00 a.m. cc: USA, J. Murtagh, USM, USPO, MJ Branson |
| 102 - | 1 | 04/27/00 | [Re: DEF 2] JWS Court Minutes [ECR: Linda Christensen] of PCOP hrg held 04/26/00:  PCOP hrg continued until 06/27/00 at 8:30 a.m.  WOA to be issued if def not present.  cc: USA, J. Murtagh, USM, PO, MJ Branson |
| 103 - | 1 | 06/23/00 | DEF 2 Notice of successful rule 20 transfer to Fresno, CA. |
| 103 - | 2 | 06/23/00 | DEF 2 motion (request) to vacate change of plea set for Anchorage, Ak on 6/27/00. |
| 104 - | 1 | 06/23/00 | [Re: DEF 2] PLF 1 Notice of rule 20 transfer to E. District of CA w/att cy of Consent to Transfer of Case for Plea and Sentence Unde Rule 20. |
| 104 - | 2 | 06/23/00 | [Re: DEF 2] PLF 1 motion (request) that the hearing set for 6/27/00 be vacated w/att exh. |
| 104 - | 3 | 06/23/00 | [Re: DEF 2] PLF 1 motion on shortened time re: request to vacate hearing w/att exh. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A99-0035--CR (JWS)
                         "USA V RICHARD LEE ORMSBY ET AL"

                       In public format, for all filing dates

Document #   Filed       Docket text

   104 -  4  06/23/00   [Re: DEF 2] JWS Judgment rule 20 transfer count(s) 1, 2, 3, 4, 5, 6, 7,
                        8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
                        26, 27, 28, 29, 30, 31 of the Indictment (1-1).

   105 -  1  06/26/00   [Re: DEF 2] JWS Minute Order granting motion (request) to vacate change
                        of plea set for Anchorage, Ak on 6/27/00 (103-2), motion (request) that
                        the hearing set for 6/27/00 be vacated (104-2), motion on shortened time
                        re: request to vacate hearing (104-3); COP hrg set for 6/27/00 is
                        VACATED. Clerk to close this file as soon as that may be accomplished
                        consistent w/the transfer to the Eastern District of CA. cc: USA, J.
                        Murtagh, USM, USPO, MJ Branson

  NOTE -  6  07/06/00   [Re:  DEF 2]:  Notation: Certified cy of dkt 1 and docket sent to USDC
                        Easter District of CA at Fresno, CA.

   106 -  1  07/06/00   [Re: DEF 2] Clerk's Notice that pursuant to consent to transfer case
                        (104-1) and Judge Sedwick's MO (105-1) the clerk of USDC District of AK
                        is directed to transfer the Deed of Trust and Second Mortgage Property
                        Analysis Report  to the clerk of court for USDC Eastern District of CA
                        at Fresno.  cc: USA, J. Murtagh, Finance

   107 -  1  07/10/00   [Re: DEF 2] Clerk's Notice that pursuant to Judge Sedwick's MO (105-1)
                        and clerk's notice (106-1) the deed of trust and second mortgagate
                        property value analysis report is transferred to the Eastern District of
                        CA, at Fresno.  cc:  USA, J. Murtagh, Finance

   108 -  1  02/05/04   [Re: DEF 3] JWS Order and pet for modification of SR; def to participate
                        in a program of mental health treatment w/att exh. cc: USPO
```