PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

A99-0035

Name of Offender: Richard Lee Ormsby                Case Number: CR (JWS)

Sentencing Judicial Officer:    John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:      August 6, 1999

Original Offense:               Conspiracy in relation to Methamphetamine Distribution

Original Sentence:              97 months imprisonment, 4 years supervised release

Date Supervision Commenced: March 6, 2006

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"Upon release from imprisonment, the defendant shall reside at the Community Corrections Center (CCC) for a period not to exceed 90 days with release earlier than 90 days should the defendant find a suitable release residence approved by the probation officer. While at the CCC, the defendant shall abide by the rules and regulations of the center and shall be eligible for release for work, substance abuse treatment, and any other reason if pre-approved by the probation officer."

### CAUSE

On August 6, 1999, the Court imposed a 97-month sentence of imprisonment to be followed by four years of supervised release. The offender, age 66, arrived at the Cordova Center September 8, 2005, and has a release date of March 6, 2006. On February 14, 2006, the Cordova Center contacted the probation officer and advised that the offender is having difficulty securing housing. The offender requested that he be allowed to stay at the Cordova Center past his release date in order to secure housing and signed the attached probation form 49 to voluntarily modify his conditions. It is respectfully recommended that the Court order the modification as stated above.

*Request for Modification of Conditions or Term*
*Name of Offender          :        Richard Lee Ormsby*
*Case Number               :        CR (JWS)*

Respectfully submitted,

*signature*

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date: February 16, 2006

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

*signature*

John W. Sedwick
Chief U.S. District Court Judge
Date: 2-20-06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Richard Lee Ormsby                                  Docket No. A99-0035 CR (JWS)

    I, _Richard Lee Ormsby_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"Upon release from imprisonment, the defendant shall reside at the Community Corrections Center (CCC) for a period not to exceed 90 days with release earlier than 90 days should the defendant find a suitable release residence approved by the probation officer. While at the CCC, the defendant shall abide by the rules and regulations of the center and shall be eligible for release for work, substance abuse treatment, and any other reason if pre-approved by the probation officer."

Signed: _[signature] Richard Lee Ormsby_    Date: _2-15-06_
Richard Lee Ormsby
Supervised Releasee

Witness: _[signature] Jennifer Schoenhofen_    Date: _2-15-06_
Jennifer Schoenhofen
Federal Case Manager, Cordova Center