Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

**RECEIVED**

SEP 1 2 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V

Case No. 3:99-cr-035-JWS

Richard L. Ormsby

    On August 6, 1999, the above-named was convicted of Conspiracy in Relation to Methamphetamine Distribution, Using the U.S. Mail to Facilitate Methamphetamine Distribution, and Conspiracy to Engage in Financial Transactions Involving Drug Trafficking Proceeds and to Promote Methamphetamine Distribution and was sentenced to a 97-month term of imprisonment followed by a four-year term of supervised release. On March 16, 2006, the defendant released to the community and commenced his term of supervised release. The defendant maintained a residence at the Oxford House and served as House President until his recent move to Senior Housing at Chugach Manor. The defendant also maintained part-time employment at Nine Star Enterprises until recent medical issues have forced the defendant to retire. The defendant has submitted over 80 clean random drug tests since commencing supervision. The defendant has completed nearly 30 months of a 48-month term of supervised release. The U.S. Attorney's Office has been consulted and has no objection to early termination from supervision. Therefore, it is respectfully recommended that the defendant's term of supervised release be terminated at this time.

Respectfully submitted,

REDACTED SIGNATURE          9/5/08
Timothy M. Astle            Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

    Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 12th day of September, 2008

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge